TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NICOLE R. LEIBOW
Assistant United States Attorney
501 South Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nicole.Leibow@usdoj.gov
*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Yanzhi Xiao, an individual,<br><br>       Plaintiff,<br><br>    v.<br><br>United States Citizenship and Immigration Services (USCIS),<br><br>       Defendant. | Case No. 2:25-cv-01763-JCM-EJY<br><br>**Stipulation and Order to Extend Federal Defendant's Responsive Pleading Deadline**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR IA 6-1, and LR 26-3, Plaintiff Yanzhi Xiao ("Plaintiff") and Defendant United States Citizenship and Immigration Services ("USCIS" or "Federal Defendant") request and stipulate to extending Federal Defendant's deadline to file a responsive pleading to Plaintiffs' Complaint by ninety (90) days. This request would move Federal Defendant's deadline to file a responsive pleading to Plaintiff's Complaint from January 13, 2026, to **April 14, 2026.** The standard for extending time is good cause. *See* Fed. R. Civ. P. 6(b)(1)(A). Undersigned counsel met and conferred regarding this stipulation on January 6, 2026.

USCIS interviewed Plaintiff regarding his I-751 Petition to Remove Conditions on Residence on December 1, 2025. At that interview, Plaintiff provided additional evidence that was not included in his application. USCIS therefore needs additional time to evaluate the testimony and evidence submitted at the interview, and to determine the necessity of requesting further evidence from Plaintiff. Accordingly, Federal Defendant has good cause to

1  request a 90-day extension to file a responsive pleading to Plaintiff's Complaint. This is the
2  first request to extend Federal Defendant's responsive pleading deadline.
3      Respectfully submitted this 9th day of January 2026.

| | |
|---|---|
| */s/ Yao (Kelvin) Wen, Esq.* <br> YAO (KELVIN) WEN, ESQ. <br> Wendot Law Group, Ltd. <br> 411 E. Bonneville Ave. #150 <br> Las Vegas, NV 89101 <br> ywen@wendotlaw.com <br><br> *Attorney for Plaintiff* | SIGAL CHATTAH <br> First Assistant United States Attorney <br><br> */s/ Nicole Leibow* <br> NICOLE R. LEIBOW <br> Assistant United States Attorney <br> 501 Las Vegas Blvd. So., Suite 1100 <br> Las Vegas, Nevada 89101 <br> *Attorneys for the Federal Defendant* |

**IT IS SO ORDERED:**

_____
**U.S. MAGISTRATE JUDGE**

**DATED:** January 9, 2026