TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

NICOLE R. LEIBOW
Assistant United States Attorney
501 South Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nicole.Leibow@usdoj.gov

*Attorneys for Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Yanzhi Xiao,<br><br>                    Plaintiff,<br><br>        v.<br><br>United States Citizenship and<br>Immigration Services, et al.<br><br>                    Defendants. | Case No. 2:25-cv-01763-JCM-EJY<br><br><br>**Joint Stipulation of Voluntary Dismissal** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, and Defendant United States Citizenship and Immigration Services ("USCIS"), et al., hereby enter this joint stipulation of voluntary dismissal of this action with prejudice to all parties and claims.

All parties shall bear their own costs, attorney's fees, and expenses.

Respectfully submitted this 13th day of April 2026.

WENDOT LAW GROUP, LTD.

/s/  Yao Wen
YAO (KELVIN) WEN, ESQ.
411 E. Bonneville Ave. # 150
Las Vegas, NV 89101
ywen@wendotlaw.com

*Attorney for Plaintiff*

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Nicole Leibow
Nicole R. Leibow
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite1100
Las Vegas, Nevada 89101

*Attorneys for the Federal Defendant*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

**DATED:** April 16, 2026

2